ANTHONY PARRETTE, PLAINTIFF-RESPONDENT, v. CITI-ZENS CASUALTY COMPANY OF NEW YORK, DEFEND-ANT-PETITIONER.

See same case below: 5 *N. J. Super.* 258.

*Mr. Isador Kalisch,* for the petitioner.

*Messrs. Smith, James & Malhias,* for the respondent.

January 16, 1950.   Denied.

MATILDA RAKOWSKI, PLAINTIFF-PETITIONER, v. RAY-BESTOS-MANHATTAN, INC., DEFENDANT-RESPOND-ENT.

See same case below: 5 *N. J. Super.* 203.

*Mr. Nathan Rabinowitz, Mr. Humen D. Goldberg* and *Mr. Ervan F. Kushner,* for the petitioner.

*Messrs. Cox & Walburg,* for the respondent.

January 23, 1950.   Denied.